IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SMITH, JR., #207658,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00466-CG-B |
| **WARDEN JERRY FERRELL,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** as duplicative.

**DONE** this **18th** day of February**, 2010.**

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE