IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SMITH, JR., #207658,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-00466-CG-B |
| **WARDEN JERRY FERRELL,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as duplicative.

**DONE** this 18th day of February**, 2010.**

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE